# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                                   Case No. 6:11-CR-302-ORL-36KRS

**DANNY WINBURN**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    MOTION FOR PAYMENT OF DEFENDANT'S TRAVEL AND SUBSISTENCE EXPENSE
>
> **FILED:**      January 26, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The Court has previously instructed Mr. Winburn to provide a long-form affidavit of indigency (AO 239) in support of a motion for payment of travel and subsistence expenses. Doc. No. 15. The present motion can be renewed supported by that document.

**DONE** and **ORDERED** in Orlando, Florida on January 26, 2012.

                                                                                                *Karla R. Spaulding*
                                                                                       KARLA R. SPAULDING
                                                                    UNITED STATES MAGISTRATE JUDGE